SEALED

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
ANNA LINDROOTH
South Dakota State Bar No. 5053
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Patrick.Chapman@usdoj.gov
Email: Anna.Lindrooth@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY KH Z DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Miguel Angel Sanchez, and
2. Daniel Moon,

Defendants.

No. CR-26-00164-PHX-SPL (DMF)

**MOTION TO SEAL INDICTMENT**

**(Filed Under Seal)**

The United States of America, by and through counsel undersigned and pursuant to Fed.R.Crim.P. 6(e)(4), moves this Court for an Order sealing the Indictment and this motion and order filed in this matter until the arrest of the defendant(s).

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 24th day of February, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/ Patrick Chapman/Anna Lindrooth
PATRICK CHAPMAN
ANNA LINDROOTH
Assistant U.S. Attorneys